

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00482-CR

Douglas J. **BRUMLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 52nd Judicial District Court, Coryell County, Texas
Trial Court No. FAM-13-21556
Honorable Trent D. Farrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 13, 2014.

_____
Luz Elena D. Chapa, Justice